COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 
2-05-014-CV
 
 
 
IN 
RE KERYN MARIE DIAS, M.D.                                                 RELATOR 
 
 
------------
ORIGINAL 
PROCEEDING
------------
MEMORANDUM OPINION[1]
------------
        The 
court has considered relator's petition for writ of mandamus and motion to stay 
all underlying proceedings and is of the opinion that relief should be 
denied.  Accordingly, relator's petition for writ of mandamus and motion to 
stay are denied. 
        Relator 
shall pay all costs of this original proceeding, for which let execution issue. 
   
 
                                                                  PER 
CURIAM
 
  
PANEL 
A: HOLMAN and LIVINGSTON, JJ.
 
DELIVERED: 
January 14, 2005

NOTES
1.  
See Tex. R. App. P. 47.4.